# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>    Plaintiff,                )<br>                              )   Case No.:   2:24-mj-0449-EJY<br>vs.                           )<br>                              )   **ORDER TO CLOSE THE CASE**<br>FRANCIS MICHAEL NAPOLITANO,   )<br>                              )<br>    Defendant.                )<br>                              )<br>_____ ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

  1.  Defendant Francis Napolitano has successfully completed the conditions of his sentencing.

## **ORDER**

IT IS HEREBY ORDERED that the Stipulation to Close Case (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 3rd day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4