1  JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
2  815 South Casino Center Blvd.
3  Las Vegas, Nevada 89101-6718
702.916.3330
4  Attorney for Defendant Napolitano

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA
7

8  UNITED STATES OF AMERICA,        )  CASE NO: 2:24-mj-0449-EJY
9              Plaintiff,           )
                                    )
10 vs.                              )
                                    )
11                                  )  ***STIPULATION TO REDUCE CHARGE AND***
                                    )  ***CLOSE CASE***
12 FRANCIS MICHAEL NAPOLITANO       )
                                    )
13                                  )
                                    )
14            Defendant.            )
   _____ )
15

16     IT IS HEREBY STIPULATED AND AGREED by and between SIGAL CHATTAH,

17 United States Attorney, and SKYLER PEARSON, Assistant United States Attorney, counsel for

18 the United States of America; JOHN MILLION TURCO, counsel for Defendant, FRANCIS

19 MICHAEL NAPOLITANO; that the initial stipulation be withdrawn and the above-captioned

20 matter be reduced to Reckless Driving and closed.
21

22     This Stipulation is entered into for the following reasons:

23     1.     On or about November 6, 2024, defendant entered into a Petty Offense

24 Agreement with the United States in which he agreed to plead guilty to Count One of the

25 Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of

26 36 C.F.R. § 4.23(a)(1) *See* ECF No. 9.
27

28

2.    The parties agreed to recommend that defendant be sentenced to one year of

unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1)

DUI course and (2) Victim Impact Panel; (iii) shall complete an eight (8) hour online alcohol

awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six

(6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3.    The Plea Agreement included on Page 3 Lines 6-12, that upon completion of all

requirements Mr. Napolitano's charge would be reduced to Reckless Driving and closed. *See*

ECF No. 9

4.    On November 9, 2024, this Court sentenced defendant pursuant to the parties'

plea agreement. *See* ECF No. 9.

5.    Since commencing his term of unsupervised probation, defendant has

successfully completed conditions (i), (ii), (iii), (iv) and (v).

6.    Parties request that the initial Stipulation be withdrawn as it did not include a

reduction of charge pursuant to the plea agreement. *See* ECF No. 10, ECF No. 9

7.    Pursuant to the Plea Agreement the parties jointly request that the above-

captioned matter be reduced to Reckless Driving and closed. *See* ECF No. 9

DATED this 10th day of June, 2025

SIGAL CHATTAH
UNITED STATES ATTORNEY

John Million Turco                         Skyler Pearson
/s/_____      /s/_____
JOHN MILLION TURCO, ESQ.             SKYLER PEARSON
Nevada Bar No.6152                       Assistant United States Attorney
Attorney for Defendant Napolitano

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   CASE NO: 2:24-mj-0449-EJY
                             )
        Plaintiff,           )
                             )
        vs.                  )   **ORDER TO WITHDRAW INITIAL**
                             )   **STIPULATION REDUCE CHARGE**
                             )   **AND CLOSE CASE**
FRANCIS MICHAEL NAPOLITANO   )
                             )
                             )
        Defendant.           )
_____)

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the

Court finds:

1.    Defendant Francis Napolitano has successfully completed the conditions of his

      sentencing.

2.    The Initial Stipulation be withdrawn, as it did not include the request for reduction

      to Reckless Driving.

3.    Pursuant to the Plea Agreement his case is ripe to Reduce to Reckless Driving.

## **ORDER**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned

matter case that the Initial Stipulation be withdrawn, the charge be reduced to Reckless Driving,

and the case closed as all requirements have been completed.

DATED this 12th day of June, 2025

_____
UNITED STATES MAGISTRATE JUDGE